UST-32, 3/03

Deborah L. Bryant, Trustee
P.O. Box 6504
Yuma, AZ 85366
(928) 314-0909
deborah.bryant@azbar.org

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| MICHAEL VINCENT MILLER<br>CHARLENE ELIZABETH MILLER<br><br>Debtor(s) | Case No. 08-17939-YUM-JMM<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |

Deborah L. Bryant, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 200 | 11/17/2009 | Michael Vincent Miller and Charlene Miller<br>6121 E. 40th Lane, Yuma, AZ 85365 | $7.80 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $7.80 to the Clerk of the Court to be deposited in the Registry thereof.

| February 23, 2010 | /s/ Deborah L. Bryant |
|---|---|
| DATE | Deborah L. Bryant, TRUSTEE |